## BYNE *vs.* SMITH.

COMPLAINT, FROM LEE. Charge of Court. New Trial. (Before Judge Fort.)

Blandford, J.—1. Looking at the whole charge, there was no error in it ; it was a full and fair submission of the law covering the facts in the case, and the refusals to charge complained of were substantially covered by the charge given.

2. The evidence was conflicting, and there was sufficient to sustain the verdict of the jury.

Judgment affirmed.

D. A. Vason ; C. B. Wooten, for plaintiff in error.

E. G. Simmons; W. H. Kimbrough, for defendant.